# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-04601-SVW-AS | Date | December 10, 2018 |
| Title | Susan Anderson v. American Airlines, Inc. et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having received the Notice of Settlement, filed December 10, 2018, vacates all previously set dates.

The Court moves the matter to the inactive calendar pending finalization of settlement. Should the settlement not be finalized within a reasonable time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

:

Initials of Preparer     PMC